IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MADDALONE, | 1:11-cv-00743-LJO-MJS (PC) |
|     Plaintiff, | ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED COMPLAINT OR NOTIFY THE COURT OF HIS WILLINGNESS TO PROCEED ONLY ON HIS COGNIZABLE CLAIMS |
|     v. | |
| B. WINKLES, et al., | |
|     Defendants. | (ECF No. 14) |
| _____/ | 14-DAY DEADLINE |

Plaintiff John Maddalone ("Plaintiff") is a former prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On August 1, 2012, the Court issued an order finding that Plaintiff had stated some cognizable claims and requiring Plaintiff to notify the Court by September 4, 2012 as to whether he would like to proceed on his cognizable claims or file an amended complaint. (ECF No. 14.) On September 4, 2012, Plaintiff filed two motions. (ECF No. 16, 17.) The first requested that Plaintiff be given an extension of time in which to file an amended complaint. (ECF No. 16.) The second requested that Plaintiff be allowed to proceed on his cognizable claims. (ECF No. 17.) Given the clearly conflicting nature of these two motions, the Court cannot determine if Plaintiff

1

1 | wishes to proceed on his cognizable claims or file an amended complaint.

2 | Accordingly, it is hereby ORDERED that:

3 | 1. Within fourteen (14) days, Plaintiff must either:

4 |     a. File an amended complaint curing the deficiencies previously

5 |        identified by the Court, OR

6 |     b. Notify the Court in writing that he does not wish to file an

7 |        amended complaint and is willing to proceed only on his

8 |        cognizable claims; and

9 | 2. If Plaintiff fails to respond to this order, the Court will assume that

10 |     Plaintiff wishes to proceed only on his cognizable claims.

13 | IT IS SO ORDERED.

14 | Dated:   September 10, 2012      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE