IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MADDALONE, | 1:11-cv-00743-LJO-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT AND GRANTING PLAINTIFF'S MOTION TO PROCEED ON HIS COGNIZABLE CLAIMS |
| vs. | |
| B. WINKLES, et al, | |
| Defendants. | |
| _____/ | (ECF Nos. 16 & 17) |

Plaintiff John Maddalone ("Plaintiff") is a former prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

The Court screened Plaintiff's Complaint, and ordered him to either file an amended complaint or notify the Court of his willingness to proceed on his cognizable claims. (ECF No. 14.) On September 4, 2012, Plaintiff filed a motion for an extension of time in which to file an amended complaint (ECF No. 16) and a motion to proceed on his cognizable claims (ECF No. 17). The Court issued another order directing Plaintiff to either file an amended complaint or notify the Court of his willingness to proceed on his cognizable claims, since the Court could not determine which course of action on which Plaintiff wished to proceed. (ECF No. 19.) Plaintiff has since indicated that he wishes to proceed on his cognizable claims. (ECF No. 20.)

1 | Accordingly, Plaintiff's motion for an extension of time (ECF No. 16) is DENIED
2 | and his motion to proceed on his cognizable claim (ECF No. 17) is GRANTED.

4 | IT IS SO ORDERED.

5 | Dated:   October 17, 2012              /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE