# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MADDALONE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. WINKLES, et al.,<br><br>　　　　Defendants. | Case No.  1:11-cv-0743-LJO-MJS<br><br>ORDER TO SHOW CAUSE<br><br>(ECF No. 33)<br><br>TEN-DAY DEADLINE |

　　　Plaintiff John Maddalone, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 8, 2011.  The action is proceeding on Plaintiff's Complaint against Defendant Winkles for applying force maliciously and sadistically to cause harm to Plaintiff in violation of the Eighth Amendment of the United States Constitution.  Plaintiff is also proceeding against Defendant Bergland for retaliating against him in violation of the First Amendment of the Constitution.

　　　On February 3, 2014, Defendants filed a motion to compel Plaintiff to appear for a deposition.  Fed. R. Civ. P. 37(a)(3)(B).  Plaintiff has not filed a response to the

1

motion. Local Rule 230(*l*).[1]

Accordingly, the Court HEREBY ORDERS as follows:

1. Within ten (10) days from the date of service of this order, Plaintiff shall show cause why Defendants' motion should not be granted and why this action should not be dismissed, with prejudice, for failure to prosecute; and

2. The failure to respond to this order will result in dismissal of this action, with prejudice.

IT IS SO ORDERED.

Dated:   March 14, 2014                    /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff has also failed to file an opposition to Defendants' motion to revoke his in forma pauperis status. (ECF No. 32.)